IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-01957-MSK-GJR

KEN W. VESTER

      Plaintiff,

v.

ASSET ACCEPTANCE, LLC

      Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE**

---

The Court, having reviewed Defendant's Unopposed Motion for Telephonic Appearance at Scheduling Conference, the file, and being fully advised in its premises, hereby enters the following ORDER:

Defendant's Motion is GRANTED. Defendant's counsel may appear telephonically for the Scheduling Conference scheduled for December 4, 2008 at 2:30 p.m. Defendant's counsel is instructed to call the Court at said date and time at the following number: (970) 241-2187.

SO ORDERED this 20th day of Oct, 2008.

*Gudrun J. Rice*
Hon. Gudrun J. Rice
U.S. Magistrate Judge
U.S. District Court for the District of Colorado