IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GUDRUN J. RICE

Civil Action No. 08-cv-01957-MSK-GJR

KEN W. VESTER,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC,

    Defendant.

---

ORDER DENYING PLAINTIFF'S MOTION TO
STRIKE AFFIRMATIVE DEFENSES (docket # 11)

---

The Court finds that Plaintiff's Motion to Strike Affirmative Defenses is premature, accordingly the motion is DENIED without prejudice.

DATED:    December 04, 2008 at Grand Junction, Colorado.

        BY THE COURT:

        s/Gudrun J. Rice

        Gudrun J. Rice
        United States Magistrate Judge