IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GUDRUN J. RICE

Civil Action No. 08-cv-01957-MSK-GJR

KEN W. VESTER,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC,

    Defendant.

---

ORDER RE: PLAINTIFF'S MOTION FOR
EXPANDED DISCOVERY (docket # 29)

---

Plaintiff's Motion for Expanded Discovery filed with the Court on December 9, 2008, (docket # 29) is DENIED without prejudice for failure to comply with D.C.Colo.LCivR7.1A.

Plaintiff's certification that an e-mail was sent to opposing counsel with an "absence of a reply e-mail" is insufficient to show reasonable good faith efforts to confer with opposing counsel to resolve the disputed matter.

    DATED:   December 11, 2008 at Grand Junction, Colorado.

                                      BY THE COURT:

                                      s/Gudrun J. Rice

                                      Gudrun J. Rice
                                      United States Magistrate Judge