IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GUDRUN J. RICE

Civil Action No. 08-cv-01957-MSK-GJR

KEN W. VESTER,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC,

    Defendant.

---

ORDER GRANTING DEFENDANT'S MOTION FOR
PROTECTIVE ORDER (docket # 20)

---

    Having considered the Defendant's Motion for Protective Order (docket # 20), Plaintiff's response (docket # 27 and amended response (docket # 28) and Defendant's reply (docket # 34) and being aware of the safeguards incorporated into the proposed protective order for designation and exchange of confidential material and resolution of disputes regarding the confidentiality of any material, it is hereby ordered that Defendant's Motion for Protective Order is GRANTED.

    DATED:   December 18, 2008 at Grand Junction, Colorado.

                                        BY THE COURT:

                                        s/Gudrun J. Rice

                                        Gudrun J. Rice
                                        United States Magistrate Judge