IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GUDRUN J. RICE

Civil Action No. 08-cv-01957-MSK-GJR

KEN W. VESTER,

    Plaintiff,

v.

ASSET ACCEPTANCE, LLC,

    Defendant.

---

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND
THE SCHEDULING ORDER (PLAINTIFF'S AMENDED MOTION FOR
EXPANDED DISCOVERY (docket # 32)

---

This matter came on for hearing on January 14, 2009. Paul Miller appeared in person for the Plaintiff, Steve Wienczkowski appeared by phone for the Defendant.

The Plaintiff has moved the Court to amend the scheduling order by permitting an additional 24 interrogatories and an additional 12 requests for admissions.

The Court finds good cause to increase the number of interrogatories available to the Plaintiff by 13, which corresponds to the number of affirmative defenses raised by the Defendant. The court finds no good cause to increase the requests for admissions.

It is hereby ordered that the Scheduling Order is amended to permit the Plaintiff an additional 13 interrogatories.

DATED: January 14, 2009 at Grand Junction, Colorado.

BY THE COURT:

s/Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge