**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover            Date: February 23, 2011
Court Reporter:        Kara Spitler

Civil Action No.   08-cv-01957-MSK-GJR

*Parties*:                                                      *Counsel*:

KEN W. VESTER,                                       Paul Miller

            Plaintiff(s),

v.

ASSET ACCEPTANCE, L.L.C.,                  Steven Wienczkowski
                                                                       Adam Plotkin

Defendant.

## COURTROOM MINUTES

HEARING: Bench Trial - Day One

**8:35 a.m.        Court in session**

Kenneth Proctor is present as defendant's corporate representative.

Preliminary matters addressed by the Court.

There is no request for a sequestration order.

The Court addresses plaintiff's Motion(s) in Limine (**Doc. #124 , #125**).

**ORDER:**     Plaintiff's Motion in Limine (**Doc. #124, #125**) are **DENIED.**

Opening statement by Mr. Miller for the plaintiff.

Opening Statement for defendant by Mr. Wienczkowski.

**Witness sworn  for the plaintiff :John Mallory :**
 **8:48 a.m.**        Direct Examination by Mr. Miller.

 **EXHIBITS:  Received:**      29, 1

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Cross examination of witness by Mr. Steven Wienczkowski.

Re-direct examination of witness by Mr. Miller

**Witness sworn for the plaintiff : Ken Vester :**
 9:37 a.m.     Direct Examination by Mr. Miller.

**EXHIBITS:   Received:**     17, 20

**9:58 a.m.        Court in recess**
**10:18 a.m.       Court in session**

Continued direct examination of witness by Mr. Miller.

**EXHIBITS:   Received:**     23, 24, 25, 26, 34, 35, 43, 19

**11:55 a.m.       Court in recess**
**1:37 p.m.        Court in session**

Continued direct examination of witness by Mr. Miller.

Cross examination of witness by Mr. Wienczkowski.

**2:51 p.m.        Court in recess**
**3:13 p.m.        Court in session**

Cross examination of witness by Mr. Wienczkowski.

**EXHIBITS:   Received:**     63

Re-direct examination of witness by Mr. Miller.

Plaintiff rests.

Defendant makes oral motion for judgment as a matter of law.  Argument by counsel Wienczkowski and Miller.

The Court defers ruling at this time.

Defendant's evidence.

**Witness sworn for the defendant : Kenneth Proctor :**
 3:57 p.m.  Direct Examination by Mr. Wienczkowski

Courtroom Minutes  
Judge Marcia S. Krieger  
Page 3

**EXHIBITS:** **Received:**   44, 52,  
            **Refused:**   **42**

**4:59 p.m.**   **Court in recess.**

**Total Time:   6 hours 5 minutes.**  
**Trial continued.**