IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01957-MSK-LTM

KEN W. VESTER,

        Plaintiff,

v.

ASSET ACCEPTANCE, L.L.C.,

        Defendant.

---

## JUDGMENT

---

Pursuant to the Court's Oral Ruling on March 3, 2011 **(#137)**, judgment is hereby entered in favor of Defendant Asset Acceptance, L.L.C. and against Plaintiff Ken W. Vester on all claims in this action, each party to pay their own fees and costs.  Defendant Asset Acceptance, L.L.C.'s request for sanctions is denied.

Dated this 3rd day of March, 2011

**BY THE COURT:**

Marcia S. Krieger
United States District Judge